IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

ARCHIE RACHEL,                      )
                                    )
         Plaintiff,                 )
                                    )
v.                                  )   Case No. CIV-14-655-R
                                    )
JEFFREY TROUTT, KATRYNA             )
FRECH, JANET DOWLING, and           )
FELICIA HARRIS, ALL SUED            )
IN BOTH THEIR OFFICIAL AND          )
INDIVIDUAL CAPACITIES,              )
                                    )
         Defendants.                )

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin. Doc. No. 90. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and Plaintiff's MOTIONS FOR DEFAULT JUDGMENT AS TO Defendant Frech are DENIED.

IT IS SO ORDERED this 11th day of August, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE