IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ARCHIE RACHEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-14-655-R |
| | ) | |
| JEFFREY TROUTT, D.O.; KATRYNA FRECH, RN; JANET DOWLING, Warden; and FELICIA HARRIS, Law Librarian; ALL SUED IN BOTH THEIR OFFICIAL AND INDIVIDUAL CAPACITIES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin. Doc. No. 96. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety. Plaintiff's Motion for Emergency Injunction [Doc. No. 17] and Motion to Expedite [Doc. No. 77] are DENIED as moot.

IT IS SO ORDERED this 29th day of August, 2016.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE